United States Bankruptcy Court

Northern District of Texas

In re:

Natashia Alyce Harris
    Debtor

Case No. 26-41200-mxm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natashia Alyce Harris, 5504 Anderson Street, Fort Worth, TX 76119-1577 |
| cr | + | Owings Auto Center LLC, 519 E Division St, Arlington, TX 76011-7211 |
| 23282908 | | 4Change Energy, PO Box 660361, Dallas, TX 75266-0361 |
| 23282917 | | Cornerstone, 3422 Capital Trail, Wilmington, DE 19808 |
| 23282918 | + | Cpi/Collection Professionals, Attn: Bankruptcy, 29 N Connor, Sheridan, WY 82801-4306 |
| 23282942 | ++ | FINANCIAL INSTITUTION LENDING OPTIONS, 550 BAY VIEW RD STE A, PO BOX 750, MUKWONAGO WI 53149-0750 address filed with court:, SST, PO Box 3999, St Joseph, MO 64503-0999 |
| 23282933 | + | Owings Auto Centers, 519 E Division St, Arlington, TX 76011-7211 |
| 23282938 | + | Sam's Furniture and Appliance, 5050 E Belknap St, Ft Worth, TX 76117-5050 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Jun 26 2026 02:51:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + | EDI: AISACG.COM | Jun 26 2026 02:51:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282909 | ^ | MEBN | Jun 25 2026 22:19:15 | 605 Lending, PO box 305, Flandreau, SD 57028-0305 |
| 23282910 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 22:33:55 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 23282911 | + | Email/Text: bankruptcy@acacceptance.com | Jun 25 2026 22:23:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Spartanburg, SC 29302-2149 |
| 23282912 | | Email/Text: bcd@oag.texas.gov | Jun 25 2026 22:22:00 | Attorney General of Texas, Collections Div/Bankruptcy Sec, PO Box 12548, Austin, TX 78711-2548 |
| 23282919 | | Email/Text: bankruptcy_filings@creditninja.com | Jun 25 2026 22:22:00 | Credit Ninja, 27 N Wacker Drive Ste. 404, Chicago, IL 60606 |
| 23282913 | + | EDI: CAPITALONE.COM | Jun 26 2026 02:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23282914 | + | EDI: CAPONEAUTO.COM | Jun 26 2026 02:51:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23282916 | + | Email/Text: bankruptcynotices@conns.com | Jun 25 2026 22:22:00 | Conn's HomePlus, 2445 Technology Forest Boulevard Buildin, The Woodlands, TX |

District/off: 0539-4                          User: admin                              Page 2 of 4

Date Rcvd: Jun 25, 2026                       Form ID: 318                          Total Noticed: 49

| | | | |
|---|---|---|---|
| 23282920 | + Email/PDF: creditonebknotifications@resurgent.com | | 77381-5263 |
| | | Jun 25 2026 22:33:51 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23282921 | Email/Text: litigation@dallascounty.org | Jun 25 2026 22:22:00 | Dallas County Tax Assessor/Collector, John R. Ames, CTA, PO Box 139066, Dallas, TX 75313-9066 |
| 23282922 | Email/Text: accountresolutions@eecu.org | Jun 25 2026 22:24:00 | EECU, 1617 W 7th, Fort Worth, TX 76102-2503 |
| 23290275 | + EDI: AISACG.COM | Jun 26 2026 02:51:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282924 | EDI: IRS.COM | Jun 26 2026 02:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23282927 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 22:33:54 | LVNV/Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23282925 | + Email/Text: EBNBKNOT@ford.com | Jun 25 2026 22:24:00 | Lincoln Automotive Finance, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 23282926 | Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | Linebarger Goggan Blair & Sampson LLP, 2777 N Stemmons Fwy Ste 1100, Dallas, TX 75207-2513 |
| 23282928 | ^ MEBN | Jun 25 2026 22:17:16 | MRS BPO, LLC., Attn: Bankruptcy, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 23282931 | EDI: NTXTOLWAY | Jun 26 2026 02:51:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23282932 | ^ MEBN | Jun 25 2026 22:20:45 | NTTA, PO Box 863867, Plano, TX 75086-3867 |
| 23282930 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 25 2026 22:23:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 23282934 | EDI: PRA.COM | Jun 26 2026 02:50:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 23282935 | Email/Text: bankruptcy@possiblefinance.com | Jun 25 2026 22:22:00 | Possible Finance, 2231 First Avenue Suite B, Seattle, WA 98121 |
| 23282936 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 25 2026 22:22:00 | Progressive Insurance, 300 N. Commons Blvd., Cleveland, OH 44143-1589 |
| 23282937 | ^ MEBN | Jun 25 2026 22:17:08 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 23282939 | Email/Text: bankruptcy@self.inc | Jun 25 2026 22:22:00 | Selfinc/lead, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |
| 23282941 | Email/Text: bankruptcy@springoakscapital.com | Jun 25 2026 22:22:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 23282943 | Email/Text: bankruptcy@sunbit.com | Jun 25 2026 22:22:00 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90024 |
| 23282940 | Email/Text: dl-csgbankruptcy@charter.com | Jun 25 2026 22:24:00 | Spectrum/Charter Communications, PO Box 790261, Saint Louis, MO 63179-0261 |
| 23282944 | + EDI: SYNC | Jun 26 2026 02:51:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 23282945 | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 25 2026 22:24:00 | TABC, Licenses and Permit Division, PO Box 13127, Austin, TX 78711-3127 |
| 23282915 | Email/Text: pacer@cpa.state.tx.us | Jun 25 2026 22:24:00 | Comptroller of Public Accounts, Revenue Accounting/Bankruptcy Div, PO Box 13528, Austin, TX 78711 |
| 23282948 | + Email/Text: bankruptcydepartment@tsico.com | Jun 25 2026 22:24:00 | TSI, PO Box 15618 Dept 800, Wilmington, DE |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Jun 25, 2026 | Form ID: 318 | Total Noticed: 49

| | | | |
|---|---|---|---|
| | | | 19850-5618 |
| 23282949 | Email/Text: legal_collections@vistracorp.com | | |
| | | Jun 25 2026 22:24:00 | TXU Energy, Po Box 100001, Dallas, TX 75310-0001 |
| 23282947 | Email/Text: collections.pacer@twc.texas.gov | | |
| | | Jun 25 2026 22:24:00 | Texas Workforce Commission, TEC Building-Bankruptcy, 101 E 15th St RM 370, Austin, TX 78778-0001 |
| 23282946 | Email/Text: collections.pacer@twc.texas.gov | | |
| | | Jun 25 2026 22:24:00 | Texas Workforce Commission, 101 E 15th St Rm 370, Austin, TX 78778-0001 |
| 23282950 | ^ MEBN | | |
| | | Jun 25 2026 22:18:33 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 23282951 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Jun 25 2026 22:23:00 | United States Trustee, Rm 9C60 1100 Commerce St, Dallas, TX 75242-9998 |
| 23282952 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | | |
| | | Jun 25 2026 22:23:00 | United States Trustee - Eastern, 110 N College Ave, Tyler, TX 75702-0204 |
| 23282953 | + Email/Text: bk@worldacceptance.com | | |
| | | Jun 25 2026 22:23:00 | World Finance Corp, World Acceptance Corp/Attn Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23282929 | *+ | Natashia Alyce Harris, 5504 Anderson Street, Fort Worth, TX 76119-1577 |
| 23282923 | ##+ | Huguley Emergency Physicians, P.O. Box 687, Keene, TX 76059-0687 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | |
| | on behalf of Creditor Owings Auto Center LLC clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marcus B. Leinart | |
| | on behalf of Debtor Natashia Alyce Harris ecf@leinartlaw.com ecfbackup@leinartlaw.com;llfecfbackup@yahoo.com;leinartlawfirmtx@jubileebk.net |
| Marilyn Garner | |
| | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |

District/off: 0539-4           User: admin           Page 4 of 4

Date Rcvd: Jun 25, 2026           Form ID: 318           Total Noticed: 49

United States Trustee

          ustpregion06.da.ecf@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Natashia Alyce Harris | Social Security number or ITIN   xxx–xx–4152 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Northern District of Texas | | |
| Case number:    26–41200–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Natashia Alyce Harris

6/24/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318               **Order of Discharge**                              page 2